IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-cv-00088-D

| | |
|---|---|
| ZINA MORRIS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

This matter is before the Court on plaintiff Zina Morris' Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that Plaintiff consents to Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

So ordered this **30** day of **September**, 2013.

_____
JUDGE JAMES C. DEVER III
Chief United States District Judge