# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| ZINA MORRIS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 4:13-CV-88-D** |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 30, 2013,** WITH A COPY TO:

Janet M. Lyles (via CM/ECF electronic notification)
Christian M. Vainieri (via CM/ECF electronic notification)

| | |
|---|---|
| September 30, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |