IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-00088-D

| | |
|---|---|
| ZINA MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED Defendant pay to Plaintiff $5,579.94 in attorney's fees and $6.26 in costs in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

ORDERED that the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. Defendant will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and, if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel at P.O. Box 3605, Morehead City, North Carolina 28557. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made payable to Plaintiff's counsel, Janet M. Lyles, of Davis, Murrelle & Lyles, P.A., and mailed to her above-noted business address, in accordance with Plaintiff's assignment to her attorney of her right to payment of an attorney's fee under the Equal Access to Justice Act.

So ordered this **17** day of **October**, 2013.

JUDGE JAMES C. DEVER III
Chief United States District Judge