IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-00088-D

| | |
|---|---|
| ZINA MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR APPROVAL OF ATTORNEY |
| vs. ) | FEE UNDER 42 U.S.C.A. §406(b) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court has reviewed the Motion of plaintiff's attorney for fees under 42 U.S.C.A. §406(b), as well as the records and documents in the court file and concludes the amount requested is reasonable.

Therefore, it is hereby ORDERED that the amount of $8,739.75 is authorized in attorney fees for representation before this Court, which represents 25% of the past-due social security disability benefits paid on plaintiff's account less $6,000 already paid for administrative work.

This amount shall be deducted from plaintiff's past due social security disability benefits and paid by the Social Security Administration to plaintiff's attorney.

Out of this amount Plaintiff's attorney will return to the Plaintiff $5,579.94, the amount of the EAJA fee to Plaintiff.

So ORDERED. This the 30 day of July 2015.

_____
JAMES C. DEVER III
Chief United States District Judge

2