UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


ZINA MORRIS,                                            )
                                                       )
               Plaintiff,                               )
                                                       )        **JUDGMENT IN A CIVIL CASE**
        v.                                              )
                                                       )        **CASE NO. 4:13-CV-88-D**
CAROLYN W. COLVIN, Acting Commissioner of              )
Social Security,                                        )
                                                       )
               Defendant.                               )


**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the  amount of $8,739.75 is authorized
in attorney fees for representation before this Court.  This amount shall be deducted from
plaintiff's past due social security disability benefits and paid by the Social Security
Administration to plaintiff's attorney. Out of this amount Plaintiff's attorney will return to the
Plaintiff $5,579.94, the amount of the EAJA fee to Plaintiff.


**This Judgment Filed and Entered on July 30, 2015, and Copies To:**

Janet M. Lyles                              (via CM/ECF Notice of Electronic Filing)

Christian M. Vainieri                       (via CM/ECF Notice of Electronic Filing)




DATE:                                       JULIE RICHARDS JOHNSTON, CLERK

July 30, 2015                               (By)  /s/ Courtney O'Brien
                                             Deputy Clerk